Entered: August 1, 2024
Signed:  August 1, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   23−14547 − DER     Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Lawrence T. Brown III
485 Glen Mar Cir., Apt. C4
Glen Burnie, MD 21061

Social Security No.:   xxx−xx−2011

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 6/28/23.

The estate of the above−named debtor has been fully administered.

ORDERED, that Patricia B. Jefferson is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*